JOHN A. SMITH, Appellant, *v.* UNION MILK COMPANY, Defendant; JESSE DURLAND, Respondent.*

(Argued June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of June, 1893, which affirmed an order of the Special Term granting a motion to vacate an attachment.

*Henry W. Smith* for appellant.

*Charles J. McBurney* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

* Reported below, 70 Hun, 348.